IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Samantha Ruiz,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Atlas Credit Co., Inc.,<br><br>　　　　Defendant. | Civil Action No: 5:19-cv-434 |

## JOINT NOTICE OF PENDING SETTLEMENT
## BETWEEN SAMANTHA RUIZ AND ATLAS CREDIT CO., INC.

NOTICE IS HEREBY GIVEN that Plaintiff Samantha Ruiz ("Plaintiff") and Defendant Atlas Credit Co., Inc. ("Atlas" and together with Plaintiff, the "Parties") have settled all claims between them in this matter and are in the process of completing the final closing documents and filing a dismissal of this lawsuit. The Parties anticipate filing a Stipulation of Dismissal with Prejudice with prejudice within approximately 45 days. The Parties therefore request that all pending deadlines and all Joint Status Report and Settlement Meeting requirements in this case be suspended, and that the Court set a deadline of on or after December 9, 2019 for the filing the Stipulation of Dismissal with Prejudice.

Dated: October 24, 2019

| | |
|---|---|
| /s/ *Shawn Jaffer*<br>Shawn Jaffer, Esq.<br>SHAWN JAFFER LAW FIRM, PLLC<br>Texas Bar No. 24107817<br>11625 Custer Rd, Suite 110-376<br>Frisco, Texas 75035<br>214-210-0730<br>shawn@jafflaw.com<br>*Attorney for Plaintiff* | /s/ *Lee B. Szor*<br>Daniel J. Madden (SBN 24002513)<br>E-mail: DMadden@FoxRothschild.com<br>Lee B. Szor (SBN 24108293)<br>Email: LSzor@FoxRothschild.com<br>**FOX ROTHSCHILD LLP**<br>Two Lincoln Centre<br>5420 LBJ Freeway, Suite 1200<br>Dallas, Texas 75240 |

1

- 2 -

Telephone: (972) 991-0889  
Facsimile: (972) 404-0516  
Attorneys for Defendant  
**ATLAS CREDIT CO., INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 24th day of October, 2019, a true and correct copy of the above and foregoing document was served on all counsel of record through ECF.

/s/ *Lee Szor*
Lee Szor