IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Samantha Ruiz,<br><br>       Plaintiff,<br><br>v.<br><br>Atlas Credit Co., Inc.,<br><br>       Defendant. | Civil Action No: 5:19-cv-434 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Samantha Ruiz and Defendant Atlas Credit Co., Inc. hereby stipulate, pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action is dismissed with prejudice, with

the parties to bear their own respective attorneys' fees and costs.

AGREED AS TO FORM AND CONTENT:

By:/s/ Shawn Jaffer_____
    SHAWN JAFFER
    Texas Bar No. 24107817
Shawn Jaffer Law Firm, Pllc
11625 Custer Rd, Suite 110-376
T: (214) 210-0730
F: (214) 594-6100
shawn@jafflaw.com
*Attorney for Plaintiff*

By:/s/ *Lee B. Szor*
    Daniel J. Madden (SBN 24002513)
    Email: DMadden@FoxRothschild.com
    Lee B. Szor (SBN 24108293)
FOX ROTHSCHILD LLP
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas, Texas 75240
Telephone: (972) 991-0889
Facsimile: (972) 404-0516
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served by electronic notification, per Local Rule 5.1(d) and Fed.R.Civ.P. 5(b)(2)(E), to the persons and entities registered with CM/ECF on this 4th day of November, 2019.

By: */s/ Shawn Jaffer*
Shawn Jaffer