IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SAMANTHA RUIZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. SA-19-CA-434-FB |
| | ) | |
| ATLAS CREDIT CO., INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT**

Before the Court is the Joint Stipulation of Dismissal With Prejudice (docket no. 21) filed by the parties on November 4, 2019.  The parties stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above captioned case is dismissed  with prejudice, with each party to bear its respective costs and attorney's fees.  Although a dismissal pursuant to Rule 41(a)(1)(A)(ii) allows the plaintiff to dismiss an action voluntarily without a court order when the stipulation is signed by all parties who have appeared, the parties have requested an order from this Court.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED and DECREED that, pursuant to the Joint Stipulation of Dismissal With Prejudice (docket no. 21) signed by the parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above captioned case is DISMISSED WITH PREJUDICE, with each party to bear its respective costs and attorney's fees.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 5th day of November, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE